

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN RE COMMITMENT OF: | § | No. 08-21-00014-CV |
| | § | Appeal from the |
| MONTI CARL KING, | § | 244th Judicial District Court |
| Appellant. | § | of Ector County, Texas |
| | § | (TC# C-19-08-1080-CV) |

# **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below.

It appearing to this Court that Appellant is indigent for purposes of appeal, this Court makes no other order with respect thereto. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 3RD DAY OF JUNE, 2022.

JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.